# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

July 15, 2018

**VIA CM/ECF**
Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 23B
New York, New York 10007

        Re:    KBF Velasquez v. L. Lucas Corp. d/b/a New York Sals Pizza, et al.-
               Case No.: 1:17-cv-04939-KBF

Dear Judge Forrest:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    Counsel for Defendant S. Sonia Realty, LLC, Thomas Herndon, Esq., filed his request to withdraw as counsel [D.E. 49], but did **not** confer with the undersigned prior to said filing, in violation of the applicable FRCP and/or Local Rules. Notwithstanding, as said accompanying Declaration [D.E.49-1] fails to state any specific compelling reasons for such a withdrawal (other than their "relationship has changed"), we firmly oppose his withdrawal request at this very late juncture in this case with several upcoming discovery deadlines, since the Plaintiff would be prejudiced and this action would be significantly delayed. Furthermore, it is well established law that said Defendant, a limited liability company, is required to be represented by counsel in this matter.

    We certainly welcome the opportunity to discuss this further at this week's July 18th telephonic Conference. Thank you.

                                                   Sincerely,

                                        By: /S/ B. Bradley Weitz
                                             B. Bradley Weitz, Esq. (BW9365)
                                             THE WEITZ LAW FIRM, P.A.
                                             Attorney for Plaintiff
                                             Bank of America Building
                                             18305 Biscayne Blvd., Suite 214
                                             Aventura, Florida 33160
                                             Telephone: (305) 949-7777
                                             Facsimile: (305) 704-3877
                                             Email: bbw@weitzfirm.com